# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| WILLIE L. WALLACE, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:18-cv-650 |
| | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| NANCY A. BERRYHILL, | : | Magistrate Judge |
| Acting Commissioner of Social Security | : | Elizabeth Preston Deavers |
| | : | |
|     Defendant. | : | |

## ORDER

This matter is before the Court on the parties' Joint Motion to Remand for further administrative proceedings pursuant to the Social Security Act, 42 U.S.C. § 405(g). The parties also request the court enter judgment pursuant to Federal Rule of Civil Procedure 58. (ECF No. 14).

The Motion is hereby **GRANTED**. The Court **REMANDS** this case for further proceedings. Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, including offering Plaintiff a new hearing.

    **IT IS SO ORDERED.**

                                                          **s/Algenon L. Marbley**
                                                          **ALGENON L. MARBLEY**
                                                          **United States District Judge**

**Dated: March 4, 2019**